Order issued February 13, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00022-CV

## IN RE DERICK DEWAYNE EVANS, Relator

Original Proceeding from the 363rd Judicial District Court
County, Texas
Trial Court Cause No. F-10-01193-W

# ORDER

Before Justices Moseley, Francis, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

_____
JIM MOSELEY
JUSTICE